United States Court of Appeals
Fifth Circuit

**F I L E D**

April 19, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-50863
Summary Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

SEAN DARYL GARNER,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:05-CR-18-1
--------------------

Before SMITH, GARZA, and PRADO, Circuit Judges:

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Sean Daryl Garner has filed a motion to withdraw and brief pursuant to Anders v. California, 386 U.S. 738, 744 (1967). Garner has filed a response. Our independent review of the brief, Garner's response, and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.